# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL<br>ANTITRUST LITIGATION** | **MDL No. 2437**<br>**13-MD-2437** |
| | |
| **THIS DOCUMENT RELATES TO:**<br><br>No. 13-cv-0563<br>No. 13-cv-0620<br>No. 13-cv-0816<br>No. 13-cv-1035<br>No. 13-cv-1036<br>No. 13-cv-1056<br>No. 13-cv-1182<br>No. 13-cv-1395<br>No. 13-cv-1490<br>No. 13-cv-1676<br>No. 13-cv-1895<br>No. 13-cv-1896<br>No. 13-cv-1979<br>No. 13-cv-2082<br>No. 13-cv-2104<br>No. 13-cv-2105<br>No. 13-cv-2106<br>No. 13-cv-2107<br>No. 13-cv-2108<br>No. 13-cv-2295 | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AS TO CERTAIN PLAINTIFFS

PLEASE TAKE NOTICE that the following Plaintiffs, on behalf of themselves, by and

through the undersigned counsel, hereby voluntarily dismiss their claims without prejudice

against Defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

*Ivyland Builders* (No. 13-cv-0563); *Oregon State Drywall, LLC* (No. 13-cv-0620); *Utica*

*Drywall Products, Inc.* (No. 13-cv-0816); *Pat Trainor Drywall, Inc.* (No. 13-cv-1035); *Berger*

*Bros., Inc.* (No. 13-cv-1036); *Contractors Insulation and Drywall Supply* (No. 13-cv-1056);
*Added Dimensions, Inc.* (No. 13-cv-1182); *Howell Lumber Company of Wamego, Inc.* (No. 13-cv-1395); *Platinum Drywall Inc.* (No. 13-cv-1490); *Sulock Construction, LLC* (No. 13-cv-1676);
*Caceres Drywall Corporation* (No. 13-cv-1895); *Jerry R. Berkhous d/b/a Berkhous Drywall & Construction* (No. 13-cv-1896); *Tim Riner d/b/a Tim Riner Construction* (No. 13-cv-1979);
*Smart Interiors, LLC* (No. 13-cv-2082); *Innovated Services LLC* (No. 13-cv-2104); *Grant Lumber Pole Buildings, LLC.* (No. 13-cv-2105); *Corner Office, LLC and 1659 Hubbard, LLC* (No. 13-cv-2106); *Precision Drywall, Inc.* (No. 13-cv-2107); *Eriez Construction, Inc.* (No. 13-cv-2108); and *Ashford Gypsum Services, Inc.* (No. 13-cv-2295) (collectively, the "Voluntarily Dismissed Plaintiffs"). Each Voluntarily Dismissed Plaintiff's action has been transferred and consolidated into the *In Re Domestic Drywall Antitrust Litigation*, Master File No. 2:13-md-02437-MMB. Defendants have not served an answer or motion for summary judgment to 1) any Voluntarily Dismissed Plaintiff's complaint, or 2) Direct Purchasers' Consolidated Amended Class Action Complaint filed on June 24, 2013 in the Consolidated MDL Proceeding (No. 13-MD-2437). The above-listed Voluntarily Dismissed Plaintiffs reserve their rights as absent class members to share in any recovery in this case to which they would otherwise be entitled. Each of the above-listed Voluntarily Dismissed Plaintiffs has assented to the filing of this Notice. Pursuant to the Court's May 7, 2013 "Pretrial Order No. 3 – Case Management" (*See* Doc. No. 11), Direct Purchaser Plaintiffs have filed this Notice in each of the individual dockets listed in the caption above, in addition to the Master File docket. The following individual dockets can now be closed:

No. 13-cv-0563
No. 13-cv-0620
No. 13-cv-0816
No. 13-cv-1035
No. 13-cv-1036

No. 13-cv-1056
No. 13-cv-1182
No. 13-cv-1395
No. 13-cv-1490
No. 13-cv-1676
No. 13-cv-1895
No. 13-cv-1896
No. 13-cv-1979
No. 13-cv-2082
No. 13-cv-2104
No. 13-cv-2105
No. 13-cv-2106
No. 13-cv-2107
No. 13-cv-2108
No. 13-cv-2295

Dated: July 24, 2013

Respectfully Submitted,

  /s/ Eugene A. Spector
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
Rachel E. Kopp
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Email: espector@srkw-law.com
  jcorrigan@srkw-law.com
      jcohen@srkw-law.com
      rkopp@srkw-law.com
      jspector@srkw-law.com

H. Laddie Montague, Jr.
Eric L. Cramer
Ruthanne Gordon
Michael C. Dell'Angelo
Candice J. Enders
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel: (215) 875-3000
Email: hlmontague@bm.net
     ecramer@bm.net
     rgordon@bm.net
     mdellangelo@bm.net
     cenders@bm.net

Kit A. Pierson
Richard A. Koffman
Brent W. Johnson
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW
Suite 500 West
Washington, DC 20005
Tel:  (202) 408-4600
Email: kpierson@cohenmilstein.com
     rkoffman@cohenmilstein.com
     bjohnson@cohenmilstein.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

Larry S. McDevitt
David M. Wilkerson
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 2880
Tel: (828) 258-2991
Email: dwilkerson@vwlawfirm.com
      lmcdevitt@vwlawfirm.com

*Counsel for Plaintiffs Caceres Drywall Corp.,
Jerry R. Berkhous d/b/a Berkhous Drywall &
Construction, Eriez Construction, Inc., and
Ashford Gypsum Services, Inc.*

Jay W. Eisenhofer
Linda P. Nussbaum
Peter A. Barile, III
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Email: jeisenhofer@gelaw.com
      lnussbaum@gelaw.com
      pbarile@gelaw.com

Michael E. Criden
Kevin B. Love
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
Tel:(305) 357-9000
Email: mcriden@cridenlove.com
      klove@cridenlove.com

*Counsel for Plaintiff Caceres Drywall Corp.*

Michael D. Hausfeld
James J. Pizzirusso
Mindy B. Pava
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Email: mhausfeld@hausfeldllp.com
      jpizzirusso@hausfeldllp.com
      mpava@hausfeldllp.com

Brent W. Landau
HAUSFELD LLP
1604 Locust Street, 2nd Floor
Philadelphia, PA 19103
Tel: (215) 985-3273
Email: blandau@hausfeldllp.com

Arthur N. Bailey
ARTHUR N. BAILEY & ASSOCIATES
111 W. 2nd Street, # 4500
Jamestown, NY 14701
Tel: (716) 664-2967
Email: artlaw@windstream.net

*Counsel for Plaintiff Jerry R. Berkhous d/b/a
Berkhous Drywall & Construction*

Michael J. Freed
Steven A. Kanner
Douglas A. Millen
Michael E. Moskovitz
Michael L. Silverman
FREED KANNER LONDON &
  MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Email: mfreed@fklmlaw.com
        skanner@fklmlaw.com
        dmillen@fklmlaw.com
        mmoskovitz@fklmlaw.com
        msilverman@fklmlaw.com

*Counsel for Plaintiff Innovated Services LLC,
Grant Lumber Pole Buildings, LLC, and
Corner Office, LLC and 1659 Hubbard, LLC*

W. Joseph Bruckner
Robert K. Shelquist
Elizabeth R. Odette
LOCKRIDGE GRINDAL
  NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Email: wjbruckner@locklaw.com
        rkshelquist@locklaw.com
        erodette@locklaw.com

*Counsel for Plaintiff Innovated Services LLC,*
*and Tim Riner d/b/a Tim Riner Construction*

Karl L. Cambronne
Jeffrey D. Bores
Bryan L. Bleichner
CHESTNUT CAMBRONNE PA
17 Washington Avenue North, Suite 300
Minneapolis, MI  55401
Tel: (612) 339-7300
Email: kcambronne@chestnutcambronne.com
        jbores@chestnutcambronne.com
        bbleichner@chestnutcambronne.com

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel: (415) 217-6810
Email: rick@saveri.com
        cadio@saveri.com

Daniel J. Mogin
THE MOGIN LAW FIRM, P.C.
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 687-6611
Email: dmogin@moginlaw.com

Steven J. Greenfogel
LITE DEPALMA GREENBERG, LLC
151 Locust Street
Philadelphia, PA 19102
Tel: (215) 564-5182
Email: sgreenfogel@litedepalma.com

*Counsel for Plaintiff Innovated Services LLC*

Steven A. Asher
Mindee J. Reuben
Jeremy S. Spiegel
WEINSTEIN KITCHENOFF &
  ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel: (215) 545-7200
Email: asher@wka-law.com
        reuben@wka-law.com
        spiegel@wka-law.com

*Counsel for Plaintiff Eriez Construction, Inc.*

Vincent J. Esades
Renae D. Steiner
James W. Anderson
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, MN 55403
Tel: (612) 338-4605
Email: vesades@heinsmills.com
        rsteiner@heinsmills.com
        janderson@heinsmills.com

*Counsel for Plaintiff Grant Lumber Pole
Buildings, LLC*

Joseph C. Kohn
William E. Hoese
Denis F. Sheils
Douglas A. Abraham
KOHN SWIFT & GRAF PC
One S. Broad St., Suite 2100
Philadelphia, PA 19107
Tel: (215) 238-1700
Email: jkohn@kohnswift.com
    whoese@kohnswift.com
    dsheils@kohnswift.com
    dabraham@kohnswift.com

*Counsel for Plaintiff Ivyland Builders*

Donald L. Perelman
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Tel:  (215) 567-6565
Email: dperelman@finekaplan.com
    rliebenberg@finekaplan.com

*Counsel for Plaintiff Oregon State Drywall, LLC*

Anthony J. Bolognese
Josh Grabar
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
1500 JFK Boulevard
Suite 320
Philadelphia, P A 191 02
Tel: (215) 814-6750
Email: abolognese@bolognese-law.com
    jgrabar@bolognese-law .com

*Counsel for Plaintiff Oregon State Drywall, LLC, Pat Trainor Drywall, Inc., and Berger Bros., Inc.*

Lee Albert
Brian Murray
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street
Suite 2920
New York, NY 10168
Tel: (212) 682-5340
Email: lalbert@glancylaw.com
          bmurray@glancylaw.com

Jayne A. Goldstein
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Tel: (954) 315-3454
Email: jagoldstein@pomlaw.com

David H. Fink
Darryl Bressack
FINK+ ASSOCIATES LAW
100 West Long Lake Road; Suite 111
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
Email: dfink@finkandassociateslaw.com
          dbressack@finkandassociateslaw.com

Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER, LPA
One West Fourth Street, 18th Floor
Cincinnati, Ohio 45202
Tel: (513) 345-8297
Email: jgoldenberg@gs-legal.com

*Counsel for Plaintiff Utica Drywall Products, Inc.*

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Elizabeth T. Tran
COTCHETT, PITRE & MCCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Email: jcotchett@cpmlegal.com
        swilliams@cpmlegal.com
        azapala@cpmlegal.com
        etran@cpmlegal.com

*Counsel for Plaintiffs Corner Office, LLC and
1659 Hubbard, LLC*

Charles E. Tompkins
Anthony J. O'Neill
Bethany C. Teska
WILLIAMS MONTGOMERY & JOHN
233 South Wacker Drive, Suite 6100
Chicago, IL 60606
Tel: (312) 443-3200
Email: cet@willmont.com
        ajo@willmont.com
        bct@willmont.com

*Counsel for Plaintiff Smart Interiors, LLC, and
Precision Drywall, Inc.*

Solomon B. Cera
Thomas C. Bright
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA  94105
Tel: (415) 777-2230
Email: scera@gbcslaw.com
        tbright@gbcslaw.com

*Counsel for Plaintiff Pat Trainor Drywall, Inc.,
and Berger Bros., Inc.*

Dianne M. Nast
Erin C. Burns
NASTLAW LLC
1101 Market St., Ste. 2801
Philadelphia, PA 19107
Tel:  (215) 923-9300
Email: dnast@nastlaw.com
        eburns@nastlaw.com

Daniel E. Gustafson
Daniel C. Hedlund
Raina C. Borrelli
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Email: dgustafson@gustafsongluek.com
        dhedlund@gustafsongluek.com
        rborrelli@gustafsongluek.com

Simon Bahne Paris
Patrick Howard
SALTZ, MONGELUZZI, BARRETT &
 BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 575-3986
Email: sparis@smbb.com
        phoward@smbb.com

Jon A. Tostrud
TOSTRUD LAW GROUP, P.C.
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Tel: (31 0) 278-2600
Email: jtostrud@tostrudlaw.com

Robert J. Gralewski, Jr.
KIRBY MCINERNEY LLP
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 398-4340
Email: bgralewski@kmllp.com

Daniel Hume
KIRBY MCINERNEY LLP
825 Third Avenue
New York, NY 10022
Tel: (212) 371-6600
Email: dhume@kmllp.com

*Counsel for Plaintiff Contractors Insulation
and Drywall Supply*

Terry Gross
Adam C. Belsky
Sarah Crowley
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Email: terry@gba-law.com
            adam@gba-law.com
            sarah@gba-law.com

*Counsel for Plaintiff Added Dimensions, Inc.*

David M. Cialkowski
Anne T. Regan
Brian C. Gudmundson
ZIMMERMAN REED, P.L.L.P.
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 341-0400
Email: david.cialkoswki@zimmreed.com
            anne.regan@zimmreed.com
            brian.gudmundson@zimmreed.com

*Counsel for Plaintiff Ashford Gypsum Services,
Inc.*

Garrett Blanchfield
REINHARDT WENDORF &
 BLANCHFIELD
E1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Tel: (651) 287-2100
Email: g.blanchfield@rwblawfirm.com

Scott Gilchrist
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
Email: sgilchrist@cohenandmalad.com

Rodney C. Olsen
MORRISON, FROST, OLSEN, IRVINE &
    SCHARTZ, LLP
323 Poyntz, Suite 204
Manhattan, KS 66502
Tel: (785) 776-9208

*Counsel for Plaintiff Howell Lumber Company
of Wamego, Inc.*

Christopher M. Burke
Walter W. Noss
John T. Jasnoch
SCOTT+SCOTT, ATTORNEYS AT LAW
707 Broadway, Suite 1000
San Diego, CA 92101
Tel.: (619) 233-4565
Email: cburke@scott-scott.com
            wnoss@scott-scott.com
            jjasnoch@scott-scott.com

Joseph P. Guglielmo
Donald A. Broggi
SCOTT+SCOTT, ATTORNEYS AT LAW
The Chrysler Building
405 Lexington Ave., 40th Floor
New York, NY 10174
Tel.: (212) 223-6444
Email: jguglielmo@scott-scott.com
            dbroggi@scott-scott.com

David R. Scott
SCOTT+SCOTT, ATTORNEYS AT LAW
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Tel.: (860) 537-5537
Email: david.scott@scott-scott.com

*Counsel for Plaintiff Platinum Drywall Inc.*

Howard J. Sedran
Austin B. Cohen
Keith J. Verrier
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut St. , Suite500
Philadelphia, PA 19106
Tel: (215) 592-1500
Email: hsedran@lfsblaw.com
      acohen@lfsblaw.com
      kverrier@lfsblaw.com

David P. McLafferty
MCLAFFERTY & ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 940-4000
Email: dpmclafferty@yahoo.com

*Counsel for Plaintiff Sulock Construction, LLC*

D. Michael Campbell
CAMPBELL LAW
1861 N. Crystal Lake Drive
Lakeland, FL 33801
Tel: (863) 292-9929
Email: dmcampbell@campbelllaw.com

Daniel D. Moody
MOODY LAW, P.A.
P.O. Box 266
Bartow, FL 33831
Tel: (863) 733-9090
Email: dan@moodylaw.com

*Counsel for Plaintiff Tim Riner d/b/a Tim
Riner Construction*

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on July 24, 2013 a true and correct copy of the attached Notice of Voluntary

Dismissal Without Prejudice as to Certain Plaintiffs has been duly served upon all parties *via*

ECF.


                                        s/      Eugene A. Spector
                                                Eugene A. Spector